

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00828-CR

Saul Matthew **CASTILLO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10721
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." On December 2, 2013, we ordered Appellant to show cause in writing why this appeal should not be dismissed.

On December 9, 2013, Appellant advised this court that the trial court likely pronounced in open court at the sentencing hearing on October 17, 2013, that Appellant has the right to appeal a pre-trial ruling under *Franks v. Delaware*, 438 U.S. 154 (1978). *See generally Cates v. State*, 120 S.W.3d 452, 355–59 (Tex. Crim. App. 2003) (discussing a *Franks* hearing). The court reporter filed a record of the sentencing hearing. On January 17, 2014, Appellant filed a supplemental response to our show cause order and again asserts that Appellant has a right to appeal a pre-trial *Franks* ruling. We agree.

Therefore, we ORDER the presiding judge of the 437th Judicial District Court to sign a completed certification indicating whether the defendant has a right of appeal and forward it to the district clerk within TWENTY days of the date of this order.

We ORDER the Bexar County District Clerk to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal in this court within TEN DAYS after the trial court provides the certification to the district clerk. *See* TEX. R. APP. P. 34.5(c)(2).

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court